```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/20/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

JOHNNY JAVIER CUSME LOPEZ,
JHEFFERSON ESCOBAR MONTANO,
NELSON ANTONIO ORTIZ VITE

                              Defendants.
-------------------------------------------------------- X

16-CR-0617 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for arraignment on September 20, 2016;

    IT IS HEREBY ORDERED that:

    1.    Trial is scheduled for **November 7, 2016, at 10:00 a.m.** in courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    2.    No later than **October 14, 2016**, Defendants must file their pretrial motions, if any. The Government's opposition to Defendants' pretrial motions is due no later than **October 21, 2016**, and Defendants' replies are due no later than **October 28, 2016**. If there is a need for an evidentiary hearing to address Defendants' pretrial motions, that hearing will take place on **November 7, 2016 at 10:00 a.m.** in courtroom 443 of the Thurgood Marshall United States Courthouse, and jury selection will begin on **November 9, 2016, at 10:00 a.m.** instead of on November 7, 2016 (the Courthouse is closed on November 8 for Election Day).

    3.    Motions *in limine* must be filed no later than **October 17, 2016**, and responses, requests to charge, and proposed voir dire questions must be filed no later than **October 25, 2016**

    4.    The parties must appear for a Final Pretrial Conference on **November 1, 2016 at 3:00 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse.

**SO ORDERED.**

**Date: September 20, 2016**　　　　　　　　　　　　　　　**VALERIE CAPRONI**
**New York, New York**　　　　　　　　　　　　　　　　　**United States District Judge**